IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01159-WYD-MJW

MICHELLE WOLF,

Plaintiff(s),

v.

SPYDER ACTIVE SPORTS, INC., a Colorado Corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate and Reset Settlement Conference, DN 15, filed with the Court on October 17, 2011, is GRANTED. The settlement conference set on October 24, 2011, at 10:00 a.m., is VACATED and RESET on January 26, 2012, at 1:30 p.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The parties shall submit their updated confidential settlement statements to the court on or before January 20, 2012.  Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference.

Date:  October 18, 2011