IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01159-WYD-MJW

MICHELLE WOLF,

  Plaintiff,

vs.

SPYDER ACTIVE SPORTS, INC., a Colorado corporation,

  Defendant.

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

Having reviewed Stipulated Motion to Amend Scheduling Order, and being fully advised in the premises, the Court

ORDERS that the Motion be and hereby is GRANTED. Section 9.d.3 of the Scheduling Order [Doc. 14] is amended as follows: The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 10, 2011. Section 9.d.4 is amended as follows: The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 9, 2011.

DATED: October 24, 2011.

BY THE COURT:

_____
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO