**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01159-WYD-MJW

MICHELLE WOLF,

    Plaintiff,

vs.

SPYDER ACTIVE SPORTS, INC., a Colorado corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

    Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice under Rule 41(a)(1)(ii), FED. R. CIV. P., and being fully advised, it is hereby

    ORDERED that the Stipulated Motion to Dismiss with Prejudice (ECF Doc. #22), filed December 9, 2011,  is **GRANTED.**  It is further

    ORDERED that this action is **dismissed with prejudice**, each party shall pay her or its own attorneys' fees and costs.

    Dated:  December 12, 2011

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     Wiley Y. Daniel
                                     Chief United States District Judge